# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WARREN H. TAYLOR, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | No. CV 08-5564-AHM (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the decision of the Commissioner is reversed and this action is remanded to defendant for further proceedings.

DATED: August 17, 2010

**JS-6**

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE